No. 503. GYNN *v.* GYNN. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *De Long Harris* for petitioner. *J. Virgil Cory* for respondent.

No. 511. DEEP SEA TANKERS, LTD., ET AL. *v.* THE LONG BRANCH ET AL. Motion of Canadian Shipowners Association for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Charles S. Haight, Robert M. Julian* and *MacDonald Deming* for petitioners. *Vincent E. McGowan* for the Central Railroad Co. of New Jersey, and *Leo F. Hanan* for the Metropolitan Sand & Gravel Corporation, respondents. *Walter A. Darby, Jr.* filed a brief for the Canadian Shipowners Association, as *amicus curiae,* urging that a petition for writ of certiorari be granted.

No. 514. STATES STEAMSHIP Co. *v.* UNITED STATES ET AL. Motion of American Mail Line et al. for leave to file brief, as *amici curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Erskine Wood, Erskine B. Wood, Stanley B. Long* and *Eugene Gressman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States, *Henry N. Longley, John Gordon Gearin* and *George Buland Campbell* for the Atlantic Mutual Insurance Co. et al., and *Charles B. Howard* for the Dominion of Canada, respondents.

No. 282, Misc. BILLS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Herbert K. Hyde* for petitioner.